UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JE. H., et al., | ) Case No. 14-9874 CAS(JC) |
| Petitioners, | ) |
| | ) (PROPOSED) JUDGMENT |
| v. | ) |
| | ) |
| COUNTY OF LOS ANGELES DEPARTMENT OF CHILDREN AND FAMILY SERVICES, | ) |
| Respondent. | ) |
| _____ | ) |

In accordance with the concurrently issued Order Dismissing Action Without Prejudice, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: April 27, 2015

*[signature: Christina A. Snyder]*

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE